

1

2

3

4

5

6        **UNITED STATES DISTRICT COURT**

7        **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,                )
                                              )
9                        Plaintiff,           )
                                              )
10                   v.                        )        2:09-CR-302-GMN (PAL)
                                              )
11   JUAN CARLOS MACIAS-CHAVEZ,               )
     aka Juan Carlos Munguia,                 )
12   aka Mario Munguia,                       )
                                              )
13   _____Defendant._____ )

14                   **PRELIMINARY ORDER OF FORFEITURE**

15          This Court finds that on March 14, 2011, defendant JUAN CARLOS MACIAS-CHAVEZ

16   pled guilty to Counts One, Two, Three, Five, Six, and Seven of an Eight-Count Superseding Criminal

17   Indictment charging him in Count One with Conspiracy to Distribute Methamphetamine, in violation

18   of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and 846; in Counts Two

19   and Three with Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United

20   States Code, Section 841(a)(1) and 841(b)(1)(A)(viii); in Counts Five and Six with Possession with

21   Intent to Distribute Cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and

22   841(b)(1)(C); and in Count Seven with Possession with Intent to Distribute Marijuana, in violation

23   of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D).

24          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

25   America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the

26   . . .

1  Superseding Criminal Indictment and the offenses to which defendant JUAN CARLOS MACIAS-

2  CHAVEZ pled guilty.

3  The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section

4  853(a)(1); Title 21, United States Code, Section 853(a)(2); Title 18, United States Code, Section

5  924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United

6  States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c):

7  a. a Glock Model 23, 40 caliber handgun bearing serial number BES848US;

8  b. a Marlin .22 caliber rifle bearing serial number 94414112;

9  c. any and all ammunition; and

10  d. an *in personam* criminal forfeiture money judgment in the amount of $9,050.00.

11  This Court finds the United States of America is now entitled to, and should, reduce the

12  aforementioned property to the possession of the United States of America.

13  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

14  United States of America should seize the aforementioned property.

15  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

16  JUAN CARLOS MACIAS-CHAVEZ in the aforementioned property is forfeited and is vested in the

17  United States of America and shall be safely held by the United States of America until further order

18  of the Court.

19  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

20  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

21  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

22  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

23  the name and contact information for the government attorney to be served with the petition, pursuant

24  to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

25  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

26  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

2

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

2  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

3  following address at the time of filing:

4          Michael A. Humphreys
           Assistant United States Attorney
5          Daniel D. Hollingsworth
           Assistant United States Attorney
6          Lloyd D. George United States Courthouse
           333 Las Vegas Boulevard South, Suite 5000
7          Las Vegas, Nevada 89101.

8        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

9  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

10  following publication of notice of seizure and intent to administratively forfeit the above-described

11  property.

12      DATED this ___14___ day of ___March___, 2011.

13

14

15

16                         UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

3