

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN CARLOS MACIAS-CHAVEZ,<br>a.k.a. Juan Carlos Munguia,<br>a.k.a. Mario Munguia,<br>a.k.a. Mario Munguia-Torres,<br><br>  Defendant. | 2:09-CR-302-GMN (PAL) |

**FINAL ORDER OF FORFEITURE**

On March 15, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18 United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JUAN CARLOS MACIAS-CHAVEZ to criminal offenses, forfeiting specific property alleged in the Superseding Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant JUAN CARLOS MACIAS-CHAVEZ pled guilty. Superseding Indictment, ECF No. 55; Minutes of Change of Plea Proceedings, ECF No. 124; Preliminary Order of Forfeiture, ECF No. 128.

. . .

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on March 17, 2011, March 24, 2011, and March 31, 2011, in the Las Vegas Review-Journal/Sun, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 130.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18 United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and (p) and shall be disposed of according to law:

a) a Glock Model 23, 40 caliber handgun bearing serial number BES848US;

b) a Marlin .22 caliber rifle bearing serial number 94414112;

c) any and all ammunition; and,

d) an *in personam* criminal forfeiture money judgment in the amount of $9,050.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.
3  DATED this _22_ day of _May_____, 2012.

_____
UNITED STATES DISTRICT JUDGE